ANDREW B. CALLEN v. SHERMAN'S INC.

July 7, 1981.

The petition for certification is granted, and the matter is summarily reversed and remanded to the Superior Court, Appellate Division for reinstatement of the appeal and consideration of the matter on the merits. Jurisdiction is not retained.

LILLIAN CAMP v. LOCKHEED ELECTRONICS, INC.

July 7, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 535)

JAN B. JENSEN v. LESLIE TEMPLETON.

July 7, 1981.

Petition for certification denied.

EQUITABLE ADJUSTERS v. FARMERS MUTUAL FIRE INSURANCE COMPANY OF SALEM COUNTY.

July 7, 1981.

Petition for certification granted.